UNITED STATES BANKRUPTCY
COURT MIDDLE DISTRICT OF
FLORIDA
TAMPA DIVISION

In re:                                                                                    Case No. 8:21-bk-03394-MGW

    RICHARD A MUNDEY,                                              Chapter 7
        Debtor.
_____/

**MOTION TO AVOID LIEN OF INDEPENDENT
SAVINGS PLAN COMPANY ON EXEMPT PROPERTY**

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING If you object to the relief requested in this paper you must file a response with the Clerk of Court at 801 N Florida Ave, Tampa, fl 33602 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail. If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing. You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

Richard A. Mundey (the "Debtor"), by and through undersigned counsel, files this

Motion to Avoid the Judicial Lien of The Independent Savings Plan Company ("ISPC") and

states as follows:

    1.    The Debtor filed a petition for relief under Chapter **7** of the Bankruptcy Code
    on or about June 28. 2021

2. The Debtor seeks to avoid the lien of ISPC (the "Lien") which was created by the filing of a Financing Statement under the State of Florida Uniform Commercial Code on May 18, 2012 at O.R. Book 8700, Page 2394, of the Public Records of Pasco County, Florida.

3. The Lien impairs the following property, which is otherwise exempt under 11 U.S.C. § 522(f):

> **Real Property located at 38906 Carr Dr, Zephyrhills, FL 33540**
> **LAKEVIEW KNOLL PHASE II LOT 49 OR 3941 PG 1053 AND**
> **ORB 7324 PAGE 903 at Plat Book 31, Pages 133-134, of the Public**
> **Record of Pasco County**

WHEREFORE, the Debtor respectfully requests that the Court enter an order avoiding the Lien and for such other and further relief as the Court deems appropriate.

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing was furnished via U.S. Mail and/or electronic mail via CM/ECF pursuant to local rule 9013-3(e), on July 5, 2021 to Angela Welch, Trustee at welchtrustee@gmail.com, and to all creditors and interested parties as listed on the attached matrix.

Respectfully Submitted,

By: /s/ David A. Herrera
David A. Herrera, Esq.
Florida Bar No. 1002249
PO Box 130735
Tampa, FL 33681
Tel.: (813)-330-0366
Attorney for Debtor

Richard A. Mundey
38906 Carr Dr
Zephyrhills, FL 33540

Pasco County Fire Rescue
4111 Land O'Lakes Blvd #208
Land O Lakes, FL 34639

David A. Herrera
The Law Office of David Herrera, P.A.
P.O. Box 130735
Tampa, FL 33681

Roundpoint Mortgage
PO Box 674150
Dallas, TX 75267

ADT
1 Town Center Rd
Boca Raton, FL 33486

Sherloq Solutions
134 S Tampa St
Tampa, FL 33602

Citizens State Bank
1330 W Commerce St
Buffalo, TX 75831

Sprint
20816 44th Ave W
Lynnwood, WA 98036

Direct Buy
8450 Broadway
Merrillville, IN 46410

Truist Bank
1797 NE Expressway
Atlanta, GA 30329

GreenSky
1797 Northeast Expressway
#100
Atlanta, GA 30329

Verizon
National Recovery Operations
PO Box 26055
Minneapolis, MN 55426

IC System
PO Box 64378
Saint Paul, MN 55164

Wells Fargo
PO Box 10335
Des Moines, IA 50306

ISPC
1115 Gunn Hwy
Odessa, FL 33556

Wells Fargo Card Services
PO Box 14517
Des Moines, IA 50306

Jefferson Capital System
16 Mceland Rd
Saint Cloud, MN 56303